IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY ROOZE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORD, NEBRASKA, and CHRISTOPHER GROOMS, individually;<br><br>Defendants. | **4:25CV3223**<br><br>**ORDER FOR DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 28). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with costs taxed to the parties incurring the same.

Dated this 7th day of October, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge